UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WENDELL SANTA MARINA | CIVIL ACTION |
| VERSUS | NO. 10-0784 |
| MARLIN GUSMAN, ET AL | SECTION "A"(5) |

**ORDER**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore;

**IT IS ORDERED** that the motion to dismiss filed on behalf of defendant, the Louisiana Department of Public Safety and Corrections, be GRANTED and plaintiff's claims against the Louisiana Department of Public Safety and Corrections be DISMISSED

September 2, 2010

_____
UNITED STATES DISTRICT JUDGE