```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

WENDELL SANTA MARINA                              CIVIL ACTION

VERSUS                                            NO. 10-0784

MARLIN GUSMAN, <u>ET</u> <u>AL</u>                              SECTION "A"(5)

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that plaintiff's claims against the United States Department of Justice and Orleans Parish Sheriff Marlin Gusman be **DISMISSED WITH PREJUDICE.**

December 3, 2010

_____
UNITED STATES DISTRICT JUDGE